UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMZIDDIN TROWELL,

                        Plaintiff,

         -against-

CITY OF NEW YORK,

                        Defendant.

24-CV-1771 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated March 25, 2024, the Court directed that, if Plaintiff intended to file a new civil action in this court, he must, within 30 days: (1) submit a completed signed amended complaint, and (2) either pay the $405.00 in fees or, to request authorization to proceed *in forma pauperis* ("IFP"), submit a signed IFP application and a prisoner authorization. That order specified that failure to comply would result in dismissal of this action. Plaintiff has not filed an amended complaint, paid the fees, or submit an IFP application and prisoner authorization. Accordingly, this action is dismissed without prejudice. *See* Fed. R. Civ. P. 41(b).

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

      The Clerk of Court is directed to enter judgment in this case.

SO ORDERED.

Dated:  June 3, 2024
           New York, New York

                                        /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                Chief United States District Judge