UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMZIDDIN TROWELL,

                Plaintiff,

    -against-

CITY OF NEW YORK,

                Defendant.

24-CV-1771 (LTS)

CIVIL JUDGMENT

For the reasons stated in the June 3, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 3, 2024
            New York, New York

                                          /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                         Chief United States District Judge